In the Matter of IRVING TRUST COMPANY, as Trustee of
TIMES SQUARE AUTO SUPPLY CO., INC., Respondent.

JOSEPH A. BRODERICK, Superintendent of Banks of the
State of New York, as Liquidator of the BANK OF
UNITED STATES, Appellant.

(Argued May 3, 1932; decided June 1, 1932.)

*Joseph F. Hunter, Warren C. Fielding, Arthur Ofner* and *Carl J. Austrian* for appellant.

*Samuel M. Chapin* and *Monroe Chapin* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.